**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSHUA S. MILLER,

           Petitioner

          v.

LUZERNE COUNTY COURT OF COMMON PLEAS, HON. JUDGE DAVE LUPAS, ADA TONY ROSS AND COMMONWEALTH OF PENNSYLVANIA,

          Respondents

: No. 102 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.